IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 No. CR 21-925 JCH

JOE D. CISNEROS,

    Defendant.

## **TRIAL NOTICE**

**PLEASE TAKE NOTICE** that the above entitled action is hereby set for **TRIAL** on _Monday, September 20, 2021 at 9:00 a.m_., before the Honorable Judith C. Herrera, at the Federal Courthouse, Mimbres Courtroom–4th Floor, 333 Lomas, N.W. , Albuquerque, New Mexico.   Pretrial dates and deadlines are set forth in the table below:

| Event | Date/Deadline |
|---|---|
| Trial (trailing docket) | September 20, 2021 |
| Calendar Call | Thursday, September 09, 2021 @ 1:30 p.m. |
| Motions in Limine | Monday, August 30, 2021 |
| Response to Motions in Limine | Wednesday, September 08, 2021 |
| Motions to Continue | Thursday, August 26, 2021 |

    Counsel are directed to comply with the Trial Preparation, Jury Instructions and Pretrial Deadlines set forth in the attachments.   This and other useful information may also be obtained by visiting the Honorable Judith C. Herrera's Chambers Page: www.nmcourt.fed.us.

                                                    /s/
                                          MITCHELL R. ELFERS
                                          Clerk of Court

    For Inquiries regarding this notice please call Courtroom Deputy to Judge Herrera at 505-348-2396.